UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                    Case No. 13-33245 -DHW
                                                                         Chapter 13
William Redmon,

      Debtor(s).


# ORDER DENYING CONFIRMATION
# AND DISMISSING BANKRUPTCY CASE

The chapter 13 plan filed by the debtor came on for confirmation hearing on 3/3/2014.

The debtor has not commenced payments under the plan as required by 11 U.S.C. § 1326. Accordingly, it is

ORDERED that confirmation of the plan is DENIED, and this bankruptcy case is DISMISSED. It is

FURTHER ORDERED that the chapter 13 trustee shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Dated: March 4, 2014

                                                /s/ Dwight H. Williams, Jr.
                                                United States Bankruptcy Judge


c:    Debtor
      Richard D. Shinbaum, Attorney for Debtor
      Curtis C. Reding, Trustee
      All Creditors


**NOTICE: Any unpaid filing fees remain due and payable to the Clerk of court. Failure to pay the filing fee may result in additional collection.**